## Commonwealth *v.* Morin, Appellant.

Argued November 13, 1972. *Sallie Ann Radick,* Assistant Public Defender, with her *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender,

for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the record is remanded to the court below for a hearing.

CERCONE, J., absent.